Francis J. Kivlighn, Respondent, v. Robert S. Renison and Others, Appel-

lants.— Order denying motion for change of venue from Queens county to Nassau county reversed on the law, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on authority of *Archibald* v. *Renison* (*ante*, p. 716), decided herewith. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.